UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOAN R. PINEIRO,

                              Plaintiff,                    **ORDER**

            -against-                                      1:22-cv-09314-LGS-JW

COMMISSIONER OF SOCIAL SECURITY,

                              Defendants.
------------------------------------------------------------------

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

      The Court issued a scheduling order on November 9, 2022. Dkt. No. 8. That Order stated that "Plaintiff must serve this Order on the Defendant and must file proof of such service with the Court." To date, no record of such service has been filed. The Plaintiff is directed to file an update regarding the current status of the case by **March 8, 2023**.

      SO ORDERED.

Dated:      February 27, 2023
                New York, New York

                                                        _____
                                                           JENNIFER E. WILLIS
                                                           United States Magistrate Judge