# DK DENNIS KENNY LAW

**288 NORTH PLANK ROAD, NEWBURGH, NY 12550**
PHONE: (845) 566-4400 · FAX: (845) 569-0111 · TOLL FREE: (800) 610-4401 · (888) 2SSD-SSI
WEB SITE: WWW.DENNISKENNYLAW.COM · E-MAIL: DENNISKENNYLAW@CS.COM

DENNIS KENNY, ESQ. (NY & PA)
KATHERINE M. USEWICZ, ESQ.
JEFFREY C. LEO, ESQ.
SCOTT T. BLACK, ESQ. (NY & CA)
EDWARD C. DELAUTER, ESQ.
TARA L. JOHNSSON, ESQ. (FL)
JOSEPHINE GOTTESMAN ESQ.

**OF COUNSEL**
EVAN M. FOULKE, ESQ. (NY & NJ)
GREGORY M. SOBO, ESQ.

---

**VIA ECF**

July 18, 2023
Hon. Jennifer E. Willis
United States Magistrate Judge
United States Courthouse
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

> The request is GRANTED. The Plaintiff shall have until **July 24, 2023** to file their Motion.
>
> SO ORDERED.
>
> _/s/ Jennifer E. Willis_
> Jennifer E. Willis
> United States Magistrate Judge
>
> July 20, 2023

22-cv-09314 (LGS) (JW)

Dear Judge Willis:

This office represents Plaintiff in the above-referenced Social Security appeal.

We write at this time with regard to the Court's scheduling order and Plaintiff's motion and brief that was to be submitted by July 12, 2023. The Commissioner's letter that we were unable to resolve the case was filed with the Court on June 15 instead of June 12. Plaintiff would therefore assume that her motion and memorandum of law were due on July 15.

Because of office error, due to most of clerical staff working remotely, this due date was not calendared and therefore the motion and brief have not yet been filed. Counsel has just learned today of this oversight.

Counsel has now contacted Defendant's Counsel in this matter requesting agreement to a *nunc pro tunc* filing of Plaintiff's motion and brief by July 24, 2023. However, due to the lateness of this motion, we are writing to Your Honor immediately and will apprise Your Honor of Defendant's consent or non-consent as soon as it is received.

Counsel regrets this error and apologizes to the Court and to Counsel for any inconvenience caused by this mistake. Thank you for your consideration.

Respectfully submitted,

/s/ JOSEPHINE GOTTESMAN

Cc: Heetano Shamsoondar, AUSA (via ECF)