**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

JOAN R.P.,

                     Plaintiff,                                  22 **CIVIL** 9314 (LGS)

       -v-                                                            <u>**JUDGMENT**</u>

COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

                     Defendant.

-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 20, 2024, the Objection is OVERRULED and the relevant portion of the Report is ADOPTED in full. Plaintiffs motion to remand is DENIED and the Commissioners motion for judgment on the pleadings is GRANTED. Accordingly the case is closed.

**Dated:** New York, New York

      March 21, 2024

                                                         **RUBY J. KRAJICK**
                                                         Clerk of Court

                            **BY:**

                                                         **Deputy Clerk**